JOSEPH KARMELOWICZ *v.* FIRST NATIONAL
SUPERMARKETS, INC.
(4583)

DUPONT, C. J., HULL and SPALLONE, Js.

Argued October 10—released October 16, 1986

*Harold J. Geragosian,* for the appellant (plaintiff).

*Jeffrey J. Mirman,* with whom, on the brief, was *Susan I. Hellerman,* for the appellee (defendant).

PER CURIAM. There is no error.

DENNIS A. KEYES ET AL. *v.* WILLIAM F.
KRUSCHKA ET AL.
(4016)

BORDEN, DALY and BIELUCH, Js.

Argued October 14—decision released October 16, 1986

*Alan E. Silver, Michael A. Wolak III* and *Patrice Noah* filed a brief for the appellant (defendant).

*Robert M. Ward* filed a brief for the appellees (plaintiffs).

PER CURIAM. There is no error.